# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 12-7513 ABC (MANx) |
| Date | May 14, 2013 |
| Title | United States of America -vs- Richard A. Mancino, et al. |

**Present: The Honorable** **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE**

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

not present      not present

**Proceedings:**      **(IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    IT IS ORDERED that plaintiff's counsel show cause in writing not later than **May 24, 2013**, why this action should not be dismissed for lack of prosecution as to **third party defendants Whitcomb Plating Inc., Whitcomb Plating LLC, Suresh Sheth, and Dick Patel.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, <u>no</u> <u>oral</u> <u>argument</u> will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____      Proof of service of summons and complaint on defendants _____;

_____      Answer by defendants _____ or plaintiff(s)' request for entry of default;

√      Plaintiffs' motion for entry of default judgment or request to the Clerk for entry of default judgment;

_____      Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

     _____ : _____

Initials of Preparer      AB